# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**OLIVER W. HART**                                                                 **PETITIONER**

v.                      **Case No. 4:21-cv-00061-LPR**

**DEXTER PAYNE, director of the**
**Arkansas Division of Correction**                                        **RESPONDENT**

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by petitioner Oliver W. Hart is dismissed. All requested relief is denied, and judgment will be entered for respondent Dexter Payne. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is also denied because Mr. Hart cannot make a "substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 29th day of July 2021.

_____
LEE P. RUDOFKSY
UNITED STATES DISTRICT JUDGE