IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**OLIVER W. HART**                                                                                          **PETITIONER**

v.                              **Case No. 4:21-cv-00061-LPR**

**DEXTER PAYNE, director of the**
**Arkansas Division of Correction**                                                     **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this day, the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by petitioner Oliver W. Hart is dismissed, all other requested relief is denied, and judgment is entered for respondent Dexter Payne. Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is also denied.

IT IS SO ORDERED this 29th day of July 2021.

_____
LEE P. RUDOFKSY
UNITED STATES DISTRICT JUDGE